IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROSA VALTIERRA,

        Defendant.

**4:23CR3006**

**ORDER**

Defendant moved to continue Defendant's change of plea hearing. (Filing No. 24) because additional discovery has been disclosed by the government. The motion to continued is unopposed and will be granted. Accordingly,

IT IS ORDERED:

1) If the defendant chooses to plead guilty, the plea hearing will be held before the undersigned magistrate judge in Courtroom 2, Lincoln Federal Building on June 14, 2023 at 11:00 a.m. Defendant is ordered to appear at this hearing.

2) The trial of this case is set to commence before John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 17, 2023, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3) The government's expert witness disclosures as required under Rule 16 must be served on or before June 23, 2023, with any defense Rule 16 expert disclosures served on or before June 30, 2023, and any rebuttal opinions disclosed on or before July 7, 2023.

4) The time between April 27, 2023 and July 17, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require additional time to adequately prepare the case for trial, taking into

consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 27, 2023.                                 BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge